**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**PHILLIP BURKS, INDIVIDUALLY, AND
AS ADMINISTRATOR OF THE ESTATE
OF PATRICIA BURKS, AND ON BEHALF
OF AND FOR THE USE AND BENEFIT OF
THE WRONGFUL DEATH BENEFICIARIES
OF PATRICIA BURKS**                 **PLAINTIFF**

**VS.**                 **CIVIL ACTION NO. 3:25-CV-115-DMB-RP**

**DIVERSICARE OF BATESVILLE, LLC
D/B/A DIVERSICARE OF BATESVILLE,
DIVERSICARE MANAGEMENT SERVICES, LP,
DIVERSICARE LEASING, LP, UNIDENTIFIED
ENTITIES 1-10, AND JOHN DOES 1-10**             **DEFENDANTS**

## NOTICE OF COMPLIANCE

PLEASE TAKE NOTICE that Defendants Diversicare of Batesville, LLC d/b/a Diversicare of Batesville ("Diversicare of Batesville"); Diversicare Management Services, LP ("Diversicare Management"); and Diversicare Leasing, LP ("Diversicare Leasing") (collectively referred to as "Diversicare"), by and through counsel, have this day, complied with Local Uniform Civil Rule 5(b) and the Administrative Procedures for Electronic Case Filing for the Northern District of Mississippi. In support of this Notice, Diversicare respectfully represents as follows:

1. The Civil Docket for Case #: 54CI2:25-cv-00087-JM, as of April 23, 2025, is attached hereto as Exhibit A.

2. The Complaint filed in state court is attached hereto as Exhibit B.

3. The Summons issued to Diversicare of Batesville, LLC filed in state court is attached hereto as Exhibit C.

4. The Summons issued to Diversicare Management Services, LP filed in state court is attached hereto as Exhibit D.

5. The Summons issued to Diversicare Leasing, LP filed in state court is attached hereto as Exhibit E.

6. The Notice of Removal (with exhibits) filed in state court is attached hereto as Exhibit F.

This the 23rd day of April, 2025.

    Respectfully submitted,

    **DIVERSICARE OF BATESVILLE, LLC D/B/A DIVERSICARE OF BATESVILLE; DIVERSICARE MANAGEMENT SERVICES, LP; and DIVERSICARE LEASING, LP**

    By: */s/ Sean R. Guy*
        Sean R. Guy
        *Their Attorney*

OF COUNSEL:

Sean R. Guy (MSB# 100362)
MCCRANEY MONTAGNET QUIN & NOBLE, PLLC
602 Steed Road, Suite 200
Ridgeland, Mississippi 39157
Telephone:    (601) 707-5725
Facsimile:    (601) 510-2939
sguy@mmqnlaw.com

**CERTIFICATE OF SERVICE**

I do hereby certify that the foregoing pleading was filed electronically through the Court's CM/ECF system and served electronically on all parties enlisted to receive service electronically and sent a copy of same to the following:

R. Paul Williams, III (MSB #102345)
Williams Newman Williams, PLLC
640 North State Street
Jackson, MS 39225
paul@wnwlegal.com

*Attorney for Plaintiff*

SO CERTIFIED, this the 23rd day of April, 2025.

                                              */s/ Sean R. Guy*
                                              Sean R. Guy