**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**PHILLIP BURKS, INDIVIDUALLY, AND
AS ADMINISTRATOR OF THE ESTATE
OF PATRICIA BURKS, AND ON BEHALF
OF AND FOR THE USE AND BENEFIT OF
THE WRONGFUL DEATH BENEFICIARIES
OF PATRICIA BURKS**            **PLAINTIFF**

**VS.**            **CIVIL ACTION NO. 3:25-CV-115-DMB-RP**

**DIVERSICARE OF BATESVILLE, LLC
D/B/A DIVERSICARE OF BATESVILLE,
DIVERSICARE MANAGEMENT SERVICES, LP,
DIVERSICARE LEASING, LP, UNIDENTIFIED
ENTITIES 1-10, AND JOHN DOES 1-10**            **DEFENDANTS**

### DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and also in response to the Court's Show Cause Order [Dkt. No. 5], Defendants Diversicare of Batesville, LLC d/b/a Diversicare of Batesville ("**Diversicare of Batesville**"); Diversicare Management Services, LP ("**Diversicare Management**"); and Diversicare Leasing, LP ("**Diversicare Leasing**") (collectively referred to herein as "Diversicare"), provide the following corporate disclosure:

### Diversicare of Batesville

1. Defendant **Diversicare of Batesville's** citizenship is based on its members and the membership attributed thereto as described below – its sole member is Diversicare Leasing Company III, LLC.

2. Diversicare Leasing Company III, LLC's citizenship is based on its members and the membership attributed thereto as described below – its sole member is Advocat Finance, LLC.

3. Advocat Finance, LLC - the citizenship is based on its members and the membership attributed thereto as described below – its sole member is Defendant **Diversicare Management**.[1]

### Diversicare Leasing

4. Defendant **Diversicare Leasing's** citizenship is based on its partners and the partnership attributed thereto as described below – DMS GP, LLC[2] is a one percent (1%) General Parter and Advocat Finance, LLC, which is identified *supra*, is a ninety-nine percent (99%) Limited Partner.

### Diversicare Management[3]

5. Defendant **Diversicare Management's** citizenship is based on its partners and the partnership attributed thereto as described below – DMS GP, LLC is a one percent (1%) General Parter and Diversicare Healthcare Services, LLC is a ninety-nine percent (99%) Limited Partner.

6. DMS GP, LLC's citizenship is based on its members and the membership attributed thereto as described below – its sole member is Diversicare Healthcare Services, LLC.

7. Diversicare Healthcare Services LLC's citizenship is based on its members and the membership attributed thereto as described below – its sole member is DAC Acquisition LLC.[4]

8. DAC Acquisition LLC's citizenship is New York based on its six (6) members:

---

[1] *See infra* for Defendant **Diversicare Management's** citizenship.
[2] *See infra* for DMS GP, LLC's citizenship.
[3] The citizenship of Defendant **Diversicare Management**, along with its entire corporate structure, was recently accepted by the United States District Court for the District of Kansas; *Katherine Keller, et al. vs. Diversicare of Council Grove, LLC, et al.*; Case No. 23-2556-JWB-ADM; after the Court issued a show cause order regarding diversity and citizenship. In response, the Defendant Diversicare entities in the Kansas case filed an Amended Corporate Disclosure Statement, which is attached hereto as Exhibit A, that was accepted by the court for diversity jurisdiction purposes. The Amended Corporate Disclosure Statement in the Kansas case identifies the same corporate structure and entities for **Diversicare Management** that are identified herein.
[4] DAC Acquisition, LLC owns 100% of the stock for DAC Newcorp, Inc., which is a Delaware corporation and also has its principal place of business in Delaware, that has 100% of Diversicare Healthcare Services, LLC's non-voting preferred interests.

a) MCS Plan is a defined benefit pension plan and is a citizen of New York based on the citizenship of the sole beneficiary Eileen Lahasky;

b) LME Family Holdings, LLC is a citizen of New York based on the citizenship of the sole member ML Family Tree Trust, which is a New York trust;

c) DAC NH Operators, LLC is a citizen of New York based on the citizenships of the individual investor members that are all citizens of New York;

d) EL DAC LLC is a citizen of New York based on the citizenship of its sole member, Diversicare Investors, LLC, which is a citizen of New York based on the citizenship of its sole member Menashe Eisen;

e) BK DVCR LLC is a citizen of New York based on its members and the membership attributed thereto as described below – its two members are GM DVCR, LLC and YDGK, LLC.

   1. GM DVCR, LLC is a citizen of New York based on the citizenship of the sole member Mordy Getz; and

   2. YDGK, LLC is a citizen of New York based on the citizenship of the sole member Brian Kohn;

f) Beachfront Holdings, LLC is a citizen of New York based on the citizenship of its two members: Eran Ratner and Rivka Ratner.

This the 25th day of April, 2025.

                                **DIVERSICARE OF BATESVILLE, LLC**
                                **D/B/A DIVERSICARE OF BATESVILLE;**
                                **DIVERSICARE MANAGEMENT SERVICES,**
                                **LP; and DIVERSICARE LEASING, LP**

                              By: */s/ Sean R. Guy*
                                   Sean R. Guy
                                   *Their Attorney*

OF COUNSEL:

Sean R. Guy (MSB# 100362)
M<small>C</small>C<small>RANEY</small> M<small>ONTAGNET</small> Q<small>UIN</small> & N<small>OBLE</small>, PLLC
602 Steed Road, Suite 200
Ridgeland, Mississippi 39157
Telephone:    (601) 707-5725
Facsimile:    (601) 510-2939
sguy@mmqnlaw.com

**CERTIFICATE OF SERVICE**

I do hereby certify that the foregoing pleading was filed electronically through the Court's CM/ECF system and served electronically on all parties enlisted to receive service electronically and sent a copy of same to the following:

>R. Paul Williams, III (MSB #102345)
>Williams Newman Williams, PLLC
>640 North State Street
>Jackson, MS 39225
>paul@wnwlegal.com

*Attorney for Plaintiff*

SO CERTIFIED, this the 25th day of April, 2025.

>*/s/ Sean R. Guy*
>Sean R. Guy