# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KATHERINE KELLER as the surviving child of decedent, TREVA STUCK, and as soon to be appointed Special Administrator of the ESTATE OF TREVA STUCK,

          Plaintiff(s),

vs.

DIVERSICARE OF COUNCIL GROVE, LLC, et. al.

          Defendant(s).

Case No. 2:23-CV-02556-JWB-ADM

**DEFENDANTS FIRST AMENDED CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1(a)(2)**

      This Disclosure Statement is filed on behalf of the defendants Diversicare of Council Grove, LLC, Diversicare Kansas LLC, Diversicare Healthcare Services, Inc., Diversicare Management Services LP, Diversicare Healthcare Services LLC, by and through counsel, Don D. Gribble II of Hite, Fanning & Honeyman L.L.P., in compliance with the provisions of Fed. R. Civ. P. 7.1(a)(2). The defendants hereby declare the following names and citizenships of the entities whose citizenship is attributed to that party:

    1.    **Defendant Diversicare of Council Grove, LLC's** citizenship is based on its members and the membership attributed thereto as described below based on its sole member: Diversicare Kansas LLC.

            a.    Diversicare Kansas LLC**'s** citizenship is based on its members and the membership attributed thereto as described below in paragraphs 2, 4 and 5.

2. **Diversicare Kansas LLC** citizenship is based on its members and the membership attributed thereto as described below based on the sole member: Diversicare Holding Company, LLC.

    a. Diversicare Holding Company, LLC's citizenship is based on its members and the membership attributed thereto as described below based on the sole member: Advocat Finance LLC.

        i. Advocat Finance LLC's citizenship is based on its members and the membership attributed thereto as described below based the sole member: Diversicare Management Services LP.

            1. Diversicare Management Services LP's citizenship is based on its members and the membership attributed thereto as described below in paragraphs 4 and 5.

3. **Defendant Diversicare Healthcare Services, Inc.** was a former citizen of Delaware and Tennessee based on the corporation's state of incorporation being Delaware and its principal place of business being Tennessee; it no longer exists.

4. **Defendant Diversicare Management Services LP's** citizenship is based on its partners and the partnership attributed thereto as described below based on the partners: Diversicare Healthcare Services LLC and DMS GP LLC.

    a. Diversicare Healthcare Services LLC's citizenship is based on its members and the membership attributed thereto as described below in paragraph 5.

    b. DMS GP LLC's citizenship is based on its members and the membership attributed thereto as described below in paragraph 5 based on the sole member: Diversicare Healthcare Services, LLC.

5. **Defendant Diversicare Healthcare Services LLC's** citizenship is based on its members and the membership attributed thereto as described below based on the members: DAC Acquisition LLC and DAC Newcorp, Inc.

   a. DAC Acquisitions LLC's citizenship is based on its members and the membership attributed thereto as described below based on the members: i) MCS Plan; ii) LME Family Holdings LLC; iii) DAC NH Operators LLC; iv) EL DAC LLC; v) BK DVCR LLC; vi) Beachfront Holdings, LLC.

      i. MCS Plan, a defined benefit pension plan, is a citizen of *New York* based on the citizenship of the sole beneficiary: Eileen Lahasky.

      ii. LME Family Holdings LLC is a citizen of *New York* based on the citizenships of the sole member: ML Family Tree Trust.

      iii. DAC NH Operators LLC is a citizen of *New York* based on the citizenships of the individual investor members.

      iv. EL DAC LLC is a citizen of *New York* based on the citizenships of the sole member: Diversicare Investors, LLC.

         1. Diversicare Investors, LLC is a citizen of *New York* based on the citizenship of the sole member: Menashe Eisen.

      v. BK DVCR LLC's citizenship is based on its members and the membership attributed thereto as described below based the members: GM DVCR, LLC and YDGK LLC.

         1. GM DVCR, LLC is a citizen of *New York* based on the citizenship of the sole member: Mordy Getz.

  2. YDGK LLC is a citizen of *New York* based on the citizenship of the sole member: Brian Kohn.

 vi. Beachfront Holdings, LLC is a citizen of *New York* based on the citizenship of its members: Eran Ratner and Rivka Ratner.

b. DAC Newcorp, Inc. is a citizen of *Delaware* based on the corporation's state of incorporation being Delaware and its principal place of business being Delaware.

In summary, none of the defendants, traced through the many layers of partners or members, are citizens of Kansas.

> /s/ *Don D. Gribble II* _____
> Don D. Gribble II #
> HITE, FANNING & HONEYMAN L.L.P.
> 100 N. Broadway, Ste. 950
> Wichita, KS 67202-2209
> Telephone: (316) 265-7741
> Facsimile: (316) 267-7803
> E-mail: baxter@hitefanning.com
> *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of April, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

> Jonathan Steele KS # 24852
> 2345 Grand Blvd., Suite 750
> Kansas City, MO 64108
> jonathan@jsteelelawfirm.com
> *Attorney for Plaintiff*

> /s/ *Don D. Gribble II*_____
> Don D. Gribble II